Date: 7/19/2023    Judge: Alston    Reporter: T. Harris
Time:   11:00 to 11:15

UNITED STATES of AMERICA
            Vs.

| Jason Fogle | 1:23cr00044-001 |
|---|---|
| Defendant's Name | Case Number |

| Jessica Carmichael | Russell Carlberg |
| Stephen Johnson | Heidi Gesch |
|  | Kenneth Simon, Jr. |
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions              ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment          ( ) Appeal from USMC      ( ) Sentencing              ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.              ( ) Pre-Indictment Plea    (✓) Other:

Defendant appeared:    (✓) in person              ( ) failed to appear
                       (✓) with Counsel           ( ) without counsel        ( ) through counsel

Counsel requests that the matter be removed from the docket.

Case dismissed without prejudice, Order entered.