IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 1:23-cr-44 (RDA)
)
JASON FOGLE, )
)
Defendant. )

## ORDER

This matter comes before the Court on the July 19, 2023 status conference. For the reasons stated from the bench, the instant criminal action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to terminate this criminal action and to forward a copy of this Order to all counsel of record.

It is SO ORDERED.

Alexandria, Virginia
July 19, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge

Russell L. Carlberg, AUSA

Heidi B. Gesch, AUSA

Kenneth R. Simon Jr.

Stephen Ross Johnson
Counsel for Jason Fogle

Jessica Carmichael
Counsel for Jason Fogle

Jason Fogle